APPEAL No. 1844. ANNA GANTZ *v.* WILLIAM J. HAMES. Motion of appellee to affirm the judgment below under Rule 16(g), as amended, is denied. Motion to withdraw said motion is denied as being moot. Motion of appellee for an extension of time to January 31, 1975 in which to file brief is granted. Motion of plaintiff-appellant to strike the brief of defendant-

appellee is granted. Paolino and Joslin, JJ. not participating. *Aram K. Berberian,* for plaintiff-appellant. *Steven S. Saber,* Asst. City Solicitor, for defendant-appellee.

